# United States District Court
# For The Western District of North Carolina
# Charlotte Division

MD Products, Inc.,

    Plaintiff(s),                            JUDGMENT IN A CIVIL CASE

vs.                                            3:04-cv-274

Callaway Golf Sales Company,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 28, 2006 Order.

**Signed: September 28, 2006**

_[signature: Frank G. Johns]_

Frank G. Johns, Clerk
United States District Court